IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SUPPRESSED**

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| )  | |
| Plaintiff,        ) | |
| )  | CRIMINAL NO. 17-30090-MJR |
| vs.        ) | |
| )  | Title 18, United States Code, Section |
| TEREZE L. FENDERSON,        ) | 922(g)(1) and 924(d). |
| )  | |
| )  | Title 28, United States Code, Section 2461(c). |
| Defendants.        ) | |

**FILED**

MAY 1 6 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

<u>INDICTMENT</u>

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

<u>FELON IN POSSESSION OF A FIREARM</u>

On or about February 5, 2016, in Madison County, Illinois, within the Southern District of Illinois,

**TEREZE L. FENDERSON,**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Involuntary Manslaughter/Reckless Homicide, on or about June 1, 2005, in Cause Number 05-CF-9302, in St. Clair County, Illinois, did knowingly possess, in or affecting commerce, firearm, to wit: a Taurus, PT92AF, 9mm semi-automatic pistol, bearing serial number TSL55995, in violation of Title 18, United States Code, Section 922(g)(1).

**Forfeiture of Firearms Allegation**

Upon conviction of the offense alleged in Count 1 of this Indictment,

**TEREZE L. FENDERSON,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any

knowing violation of the offenses described in Count 1 of this Indictment, including but not limited, to the following: a Taurus, PT92AF, 9mm semi-automatic pistol, bearing serial number TSL55995, and any and all ammunition contained therein.

**A TRUE BILL**

FOREPERSON

STEVEN D. WEINHOEFT
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention