# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>vs.<br><br>TEREZE L. FENDERSON<br><br>Defendant(s) | Case Number: 3:17-cr-30090-MJR |

## **MOTION TO WITHDRAW**

COMES NOW, Tereze L. Fenderson, by and through his counsel David L. Brengle, and he requests this grant The Federal Public Defender's Office for the Southern District of Illinois leave to withdraw. In support of this request, he offers the following:

1. The Federal Public Defender's Office for the Southern District of Illinois was appointed to represent Mr. Fenderson in this case.
2. David L. Brengle entered his appearance.
3. On October 11, 2017, William Stiehl filed a "Notice of Appearance" for Mr. Fenderson. (Doc. 17).
4. Since Mr. Fenderson has retained an attorney, he no longer requires the services of the Federal Defender's Office.

WHEREFORE, the Defendant respectfully requests that this Court grant the Federal Public Defender's Office leave to withdraw from this case.

Respectfully Submitted,

/s/ David L. Brengle
DAVID L. BRENGLE
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT

Undersigned counsel certifies that a true and accurate copy of the above and foregoing was served on Assistant United States Attorney, 9 Executive Dr., Suite 300, Fairview Heights, IL 62208 through the electronic case filing system of the U.S. District Court for the Southern District of Illinois, this 12th day of October, 2017.

/s/ David L. Brengle

DAVID L. BRENGLE