IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 3:17-cr-30090-MJR |
| ) | |
| TEREZE L. FENDERSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**HERNDON, District Court Judge**:

This matter comes before the Court on the United States' Motion to Revoke Bond, pursuant to Title 18, United States Code, Section 3148(b). The Court, having examined the Government's Motion, and being fully advised in the premises, finds that the Motion should be **GRANTED**.

**IT IS SO ORDERED.**

Dated this 27th day of October, 2017.

*s/Stephen C. Williams*
**HONORABLE STEPHEN C. WILLIAMS**
United States Magistrate Judge