IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 3:17-cr-30090-MJR |
| ) | |
| vs. ) | Title 18, United States Code, Sections 2, |
| ) | 922 and 924(d), 924(c), 1512, 1513, and 3147. |
| TEREZE L. FENDERSON, ) | |
| ) | Title 28, United States Code, Section 2461. |
| ) | |
| Defendant. ) | |

FILED

## SUPERSEDING INDICTMENT

JAN 0 4 2018

**THE GRAND JURY CHARGES:**

CLERK, U.S ...
SOUTHERN DI...
BENTO...

### COUNT 1
### FELON IN POSSESSION OF A FIREARM

On or about February 5, 2016, in St. Clair County, Illinois, within the Southern District of Illinois,

**TEREZE L. FENDERSON,**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Involuntary Manslaughter, on or about June 1, 2005, in Cause Number 05-CF-9302, in St. Clair County, Illinois, did knowingly possess, in and affecting interstate commerce, firearm, to wit: a Taurus, PT92AF, 9mm semi-automatic pistol, bearing serial number TSL55995, in violation of Title 18, United States Code, Section 922(g)(1).

### Forfeiture of Firearms Allegation

Upon conviction of the offense alleged in Count 1 of this Indictment,

**TEREZE L. FENDERSON,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title

28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses described in Count 1 of this Indictment, including but not limited, to the following: a Taurus, PT92AF, 9mm semi-automatic pistol, bearing serial number TSL55995, and any and all ammunition contained therein.

## COUNT 2
### TAMPERING WITH A WITNESS

On or about October 22, 2017, in St. Clair County, Illinois, within the Southern District of Illinois,

**TEREZE L. FENDERSON,**

defendant herein, knowingly used and attempted to use physical force against T.R., with the intent to influence, delay, and prevent T.R.'s testimony in an official proceeding, all in violation of Title 18, United States Code, Section 1512(a)(2)(A), and Title 18, United States Code, Section 2.

## COUNT 3
### DISCHARGE OF A FIREARM IN CONNECTION WITH A CRIME OF VIOLENCE

On or about October 22, 2017, in St. Clair County, Illinois, within the Southern District of Illinois,

**TEREZE L. FENDERSON,**

defendant herein, did knowingly discharge, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Tampering with a Witness, as set forth in Count 4, all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 4
### RETALIATING AGAINST A WITNESS

On or about October 22, 2017, in St. Clair County, Illinois, within the Southern District of

Illinois,

**TEREZE L. FENDERSON,**

did knowingly engage in conduct that caused bodily injury to T.R., with the intent to retaliate against T.R., in that **FENDERSON** shot T.R. with a firearm believing that T.R. had given information to a law enforcement officer relating to the commission or possible commission of a Federal offense, in violation of Title 18, United States Code, Section 1513(b)(2), and Title 18, United States Code, Section 2.

### COUNT 5
### DISCHARGE OF A FIREARM IN CONNECTION WITH A CRIME OF VIOLENCE

On or about October 22, 2017, in St. Clair County, Illinois, within the Southern District of Illinois,

**TEREZE L. FENDERSON,**

defendant herein, did knowingly discharge, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Attempting to Retaliate Against a Witness, as set forth in Count 6, all in violation of Title 18, United States Code, Section 924(c)(1)(A), and Title 18, United States Code, Section 2.

### COUNT 6
### DISCHARGE OF A FIREARM IN CONNECTION WITH A DRUG TRAFFICKING CRIME

On or about October 22, 2017, in St. Clair County, Illinois, within the Southern District of Illinois,

**TEREZE L. FENDERSON,**

defendant herein, did knowingly discharge, carry, and use a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to Conspiracy to Distribute, and Possess With Intent to Distribute, marijuana (Title 21

3

United States Code Sections 846 and 841), all in violation of Title 18, United States Code, Section 924(c)(1)(A), and Title 18, United States Code, Section 2.

### ADDITIONAL ALLEGATION
### COMMITTING AN OFFENSE WHILE ON PRETRIAL RELEASE

The defendant, **TEREZE L. FENDERSON**, was on pre-trial release pursuant to an order of the United States District Court for the Southern District of Illinois, dated September 20, 2017, (Cause No. 3:17-cr-30090-MJR, Doc. 12) that notified him of the potential effect and consequences of committing an offense while on pretrial release. Thereafter, on or about October 22, 2017, the defendant committed the offenses set forth in Counts Two through Six of this Superseding Indictment, all in violation of Title 18, United States Code, Section 3147.

A TRUE BILL

_____
FOREPERSON

_____
STEVEN D. WEINHOEFT
Assistant United States Attorney

_____
DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention

4