IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 17-cr-30090-MJR |
| TEREZE FENDERSON, | ) | |
| Defendant. | ) | |

## **MOTION FOR LEAVE TO WITHDRAW**

Now comes the undersigned, WILLIAM D. STIEHL, JR., and prays this Honorable Court to enter an order allowing him to withdraw as defense counsel, and for reasons states:

1. The undersigned is retained counsel for the Defendant, TEREZE FENDERSON.

2. The undersigned has recently been appointed as a Circuit Judge for the 20th Judicial Circuit in St. Clair County, Illinois.

3. Although the appointment is temporary, the timing of the appointment is such that it will not be possible for him to represent the Defendant in this matter.

4. It is therefore in the best interest of the Defendant that the undersigned be permitted to withdraw as his attorney and for other counsel to represent the Defendant.

WHEREFORE, the undersigned, WILLIAM D. STIEHL, JR. prays this Honorable Court to enter an order permitting him to withdraw as attorney for the Defendant, TEREZE FENDERSON.

    /s/   William D. Stiehl, Jr.
WILLIAM D. STIEHL, JR. - #2736209
Attorney for Defendant, Tereze Fenderson
2 Park Place Professional Centre
Belleville, IL 62226
Telephone: 618-234-9900
Email: bstiehl@peaknet.net

1

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion for Leave to Withdraw was served upon Steve Weinhoeft, Assistant U.S. Attorney, Office of the United States Attorney, Nine Executive Drive, Suite 300, Fairview Heights, IL 62208, the electronic case filing system of the U.S. Court of Appeals for the Seventh Circuit, this 10th day of August, 2018.

                                          /s/ William D. Stiehl, Jr.
                                          WILLIAM D. STIEHL, JR.