UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
☐ Benton    ☒ East St. Louis

☐ Initial Appearance  ☐ Arraignment     ☒ Change of Plea    ☒ Plea to Indictment

| | |
|---|---|
| CRIMINAL NO. 17-CR-30090-MJR | DATE: October 18, 2018 |
| U.S.A. vs. TEREZE L. FENDERSON | JUDGE: **HON. MICHAEL J. REAGAN** |
| ☒ Present  ☒ Custody  ☐ Bond | |
| DEFT. COUNSEL: David Brengle | Reporter: Barb Kniepmann |
| ☒ Present  ☒ Apptd.  ☐ Retained  ☐ Waived | |
| GOVT. COUNSEL: Steve Weinhoeft | Deputy: Reid Hermann |
| ☐ INTERPRETER: | Time: 11:00 am – 11:20 am |

☒ Defendant sworn
☒ Defendant waives reading of Indictment    ☐ Indictment read to defendant
☐ Indictment waived    ☐ Waiver, Consent and Information Filed _____ Counts
☒ Defendant advised of constitutional rights.   ☒ Defendant advised of charges and penalties.
☒ Defendant withdraws plea of **Not Guilty** as to count(s) 1, 3, and 4 of the Second Superseding Indictment
☒ Plea:   ☒ **Guilty** as to Count(s)   1, 3, and 4 of the Second Superseding Indictment
          ☐ Not Guilty as to Count(s) _____
          ☐ Nolo Contendere as to Count(s) _____
☐ No Plea Agreement    ☒ Plea Agreement    ☐ Oral    ☒ Written
☒ Court accepts plea of guilty and adjudges defendant guilty.
☐ Order for Pre-trial Discovery and Inspection entered, filed and distributed.
☐ Final pre-trial conference set for _____ at _____ in _____ IL.
☐ Jury Trial set for _____ at _____ in _____ IL.
☐ Bond set at $_____ **unsecured/secured**. (See attached for terms & conditions).
☐ Detention hearing set for _____ at _____ before Judge _____ in _____ IL.
☒ Matter referred to U.S. Probation for pre-sentence investigation and report.
☐ Defendant waives pre-sentence investigation and signs waiver in open court.
☒ Disposition set for **Friday, January 25, 2019** at **1:30 pm** in **East St. Louis**, IL.
☐ Motion to Revoke Bond  ☐ Granted  ☐ Denied
☐ Bond   ☐ Revoked   ☐ Continued   ☐ Changed/Amended (**not possess any firearm, weapons, destructive device, or other dangerous weapon**)
☒ Defendant remanded to custody of U.S. Marshal
☐ Order of Detention previously entered to remain in full force and effect.
☐ Date of arrest _____

*☒ **No further notice will be given**