IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 3:17-cr-30090-MJR |
| | ) | |
| TEREZE L. FENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

Now comes, The United States of America, by Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, who enters into the following Stipulation of Facts with the Defendant, **TEREZE L. FENDERSON**, and his attorney, pertaining to the Defendant's relevant conduct, within the scope of U.S.S.G. §1B1.3. The parties hereby stipulate and agree as follows:

1. In January 2015, the Bureau of Alcohol, Tobacco, and Firearms (BATF) participated in an investigation into gun and drug activity in the East St. Louis and Alorton area. On February 5, 2016, BATF executed a search warrant at **TEREZE L. FENDERSON's** residence located on South 40th Street, in Alorton, Illinois. **FENDERSON** was standing on the front porch when police arrived. Agents announced their presence and advised that they had a search warrant. **FENDERSON** ran inside and locked the door. Agents ultimately made forced entry into the home.

2. Agents executed the warrant and searched the house finding more than four pounds of marijuana, along with packaging materials. They also found a Taurus, PT92AF, 9mm semi-automatic pistol, bearing serial number TSL55995 on the dining room table. That firearm was manufactured in Brazil and imported into the United States through the state of Florida. **FENDERSON** waived his *Miranda* rights and admitted that the gun was his, and that he had

purchased it from "some crackhead" for $200. Approximately 68 lbs. of **FENDERSON's** marijuana was separately recovered from his girlfriend's house.

3. Prior to possessing the Taurus 9 mm handgun, **FENDERSON** had been convicted of a felony punishable by imprisonment for a term exceeding one year, being: Involuntary Manslaughter, in violation of 720 ILCS 5/9-3(a), on June 1, 2005, in St. Clair County, Illinois, Cause Number 05-CF-93.

4. While agents were executing the warrant on February 5, 2016, T.R. came to the house. T.R. was a long-term associate who had distributed large quantities of marijuana for **FENDERSON** in the past. T.R. spoke to investigators at the scene, was released without arrest, and faced no charges.

5. On May 16, 2017, a federal grand jury returned an indictment against **FENDERSON** in the Southern District of Illinois for Unlawful Possession of a Firearm by a Previously Convicted Felon stemming from the seizure of the firearm during the execution of the search warrant. The US Marshals Service executed the arrest warrant on September 20, 2017, when agents arrested **FENDERSON** at his residence. Approximately $13,000 was seized from his residence after his arrest. Following the initial appearance and arraignment, **FENDERSON**, was placed on pre-trial release pursuant to an order of the United States District Court for the Southern District of Illinois, dated September 20, 2017, (Cause No. 3:17-cr-30090-MJR, Doc. 12). That order notified **FENDERSON** of the potential effect and consequences of committing an offense while on pretrial release.

6. The relationship between T.R. and **FENDERSON** deteriorated after the execution of the original search warrant on February 5, 2016. T.R. began avoiding and ceased engaging in marijuana transactions with **FENDERSON**, who accused T.R. of speaking to law enforcement.

The situation worsened after the September 20, 2017, arrest and seizure of $13,000.

7.      In the early morning hours of October 22, 2017, T.R. was at a party Spanky's Lounge, located at 1434 Piggott Ave, East St Louis, Illinois. Pictures of the event "tagging" T.R. were posted to publicly viewable social media threads. At approximately 12:53 AM, T.R. was standing outside of the bar talking with a friend when **FENDERSON** pulled up driving a black Mazda CX-7 crossover SUV. **FENDERSON** did not try to enter the bar; rather he walked directly towards T.R. to confront him. T.R. backed up and walked into the street to get away from **FENDERSON**. A mutual friend interceded and engaged **FENDERSON** while T.R. extricated himself from the situation by walking around the building and out of sight.

8.      Individual #2 (initials M.R.) accompanied **FENDERSON** as he got out of the car to confront T.R. Neither **FENDERSON** nor Individual #2 attempted to enter the bar. Rather, after T.R. fled, they went directly back to the Mazda CX-7, with **FENDERSON** driving and Individual #2 getting into the back seat on the drivers' side. Individual #3 (initials D.N.) was in the front seat passenger's seat and remained in the vehicle during the confrontation. **FENDERSON** circled the block looking for T.R. Approximately two minutes later, they found T.R. hiding near the intersection of 15th and Piggott Streets. **FENDERSON** stopped the car in 15th Street and both **FENDERSON** and Individual #2 began shooting at T.R., striking him in the hip and lower leg. T.R. sought cover behind a vehicle parked nearby and returned fire three times from his own handgun, which caused **FENDERSON** to speed away.

9.      T.R. was taken to a nearby hospital for treatment. The shot to T.R.'s lower leg broke both of the bones, requiring multiple surgeries to repair.

10.     T.R. surrendered his firearm, which he lawfully owned while possessing an Illinois FOID card. That firearm was compared to shell casings found at the scene, which confirmed that

T.R. fired three shots from the yard behind a parked car as he described.

11.  Fourteen (14) spent shell casings, from two other two guns, were found in 15th Street, where T.R. said the Mazda CX-7 stopped to shoot. Four (4) of those shell casings were from a 9 mm handgun, while ten (10) other casings were fired from a .40 caliber firearm.

UNITED STATES OF AMERICA,

_____
TEREZE L. FENDERSON
Defendant

_____
DAVID BRENGLE
Attorney for Defendant

Date: 10/18/2018

_____
STEVEN D. WEINHOEFT
United States Attorney

Date: 10/18/2018

4