# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>vs.<br><br>TEREZE FENDERSON<br><br>Defendant(s) | Case Number: 3:17-cr-30090-MJR |

## MOTION TO WITHDRAW

COMES NOW the office Federal Public Defender of the Southern District of Illinois, and requests this court provide leave to withdraw in this case.

1. Undersigned counsel met with the defendant in the Washington County Jail on December 11th, 2018.

2. During the December 11th meeting, undersigned counsel developed a conflict of interest with the defendant.

WHEREFORE, the undersigned counsel prays this court grant the Federal Public Defender of the Southern District of Illinois leave to withdraw.

Respectfully Submitted,

/s/ David L. Brengle
DAVID L. BRENGLE
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT

# **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be served upon:

James Piper and Steve Weinhoeft
Assistant United States Attorney and United States Attorney
Nine Executive Drive, Suite 300
Fairview Heights, Illinois 62208

via electronic filing with the Clerk of the Court using the CM/ECF system this 12th day of December, 2018.

*/s/ David L. Brengle*
DAVID L. BRENGLE