IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERCIA,

      Plaintiff,

v.

TEREZE FENDERSON,

      Defendant.

Case No. 17-CR-30090-SPM-1

## MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

This matter comes before the Court on Defendant Tereze L. Fenderson's Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c) and the United States Sentencing Guidelines Manual § 1B1.10 [hereinafter Guidelines], making Amendment 821 retroactive. (Doc. 130).

The parties agree that the defendant is eligible for a reduction under Part A of Amendment 821, which amended § 4A1.1(e) (2023) and concerns criminal history points ("status points") awarded because a defendant was under a criminal sentence when he committed his offense of conviction. Fenderson's total offense level at sentencing was 26 and his criminal history category was IV, which provided for a sentencing range of between 92-115 months on Counts 1 and 3 (Felon in Possession of a Firearm and Attempting to Retaliate Against a Witness). (Doc. 97). Count 4 (Discharge of a Firearm in Connection with a Crime of Violence) carried a 120-month consecutive term of imprisonment which made the effective guideline range 212 to 235 months. (*Id.*). The Court imposed a sentence of 212 months at the low end of the

Guidelines range. (*See* Doc. 101). Pursuant to Amendment 821, Fenderson's criminal history score is reduced to six and the corresponding Category to III, resulting in a lower advisory guideline range of 78 to 97 months on Counts 1 and 3. With the 120-month consecutive term on Count 4, the effective range is 198 to 217 months. The parties do not agree that a sentence reduction is appropriate. Specifically, the Government states that Fenderson's underlying conduct and disciplinary infractions while in the Bureau of Prisons under the Section 3553(a) factors demonstrates that public safety considerations merit this Court's denial of the Motion. (Doc. 132, p. 7). The Court agrees with the Government.

Accordingly, the Court **DENIES** the Motion (Doc. 130). The Court attaches its standard order (AO Form 247) reflecting the denial.

**IT IS SO ORDERED.**

**DATED:  February 15, 2024**

<u>s/ *Stephen P. McGlynn*</u>
**STEPHEN P. McGLYNN**
**U.S. District Judge**